**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Jessica M. Brown,

    Plaintiff

v.

Clark County Public Defenders Office,

    Defendant

Case No.: 2:24-cv-00437-JAD-DJA

**Order Adopting Report & Recommendation and Dismissing Action**

[ECF Nos. 1, 3]

    Pro se plaintiff Jessica M. Brown brings this civil-rights action against the public defender who represented her in a state-court criminal prosecution, alleging that counsel's ineffective assistance violated her Eighth Amendment rights. She also applies to proceed *in forma pauperis*. The magistrate judge screened the complaint under 28 U.S.C. § 1915(a), found that Brown fails to state a viable claim because public defenders do not act "under color of state law" as is required for a person to be a proper target of such a civil-rights claim, and thus recommends that this case be dismissed with prejudice. The magistrate judge also recommends that Brown's application to proceed *in forma pauperis* be granted.[1] The deadline for Brown to object to that recommendation was April 3, 2024, and Brown neither filed an objection nor moved to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2] Having reviewed the R&R, I find good cause to adopt it, and I do.

    IT IS THEREFORE ORDERED that Brown's application to proceed *in forma pauperis* **[ECF No. 1] is GRANTED**. This status doesn't relieve plaintiff of her obligation to pay the full

---

[1] ECF No. 3.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

filing fee under 28 U.S.C. § 1915, as amended; it just means that she can do it in installments. The full $350 filing fee will remain due and owing even though this case is being dismissed.

In order to ensure that the plaintiff pays the full filing fee, IT IS FURTHER ORDERED that **the Nevada Department of Corrections must pay to the Clerk of the United States District Court, District of Nevada, 20% of the preceding month's deposits to the account of Jessica M. Brown, # 1175563** (in months that the account exceeds $10.00) until the full $350 filing fee has been paid for this action. The Clerk is directed to **SEND** a copy of this order (1) to the Finance Division of the Clerk's Office and (2) to the attention of Chief of Inmate Services for the Nevada Department of Corrections, P.O. Box 7011, Carson City, NV 89702.

IT IS FURTHER ORDERED that **this case is DISMISSED with prejudice for failure to state a claim.** The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
April 8, 2024